CASES REPORTED WITH BRIEF SYLLABI.

Elizabeth W. Power, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. August Tonolo, Appellant.— It does not appear that any appeal has been taken from the order of December 3, 1913, correcting the clerk's minutes. Under these circumstances such correction must be deemed a correction of the case on appeal in this action, and the motion to so consider it is granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. Robert R. Crowell, Plaintiff, v. Maurice E. Connolly, as President of the Borough of Queens, etc., Defendant.— Motion granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ. Order to be settled before Mr. Justice Putnam.

Ernest S. Sargent, Respondent, v. Dicran L. Dadirrian, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

George W. Saul, Respondent, v. Mills W. Barse, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Julia W. A. Siebrecht, Respondent, v. Henry A. Siebrecht, Jr., Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

William J. Allgaier, Appellant, v. Cohen, Frank & Company and Others, Respondents.— Order reversed, without costs, and motion to open the default for failure to serve a bill of particulars within the time specified granted, without costs. No opinion. Jenks, P. J., Thomas and Carr, JJ., concurred; Burr and Rich, JJ., voted to affirm.

Bradley Contracting Company, Appellant, v. Henry M. Susswein, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Gertrude Burt, Respondent, v. Philip Van Alstine, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Annie E. Dederick, Respondent, v. Claude A. Conover, Appellant, and Patrick Hart, Defendant.— Order modified by providing as a condition that the plaintiff within twenty days pay all costs of the action antecedent to the granting of the order permitting the service of an amended complaint; and as thus modified affirmed, without costs of this appeal to either party. (See *United States Drainage & Irrigation Co.* v. *Lucas,* 156 App. Div. 49; *Bruns* v. *Brooklyn Citizen,* 98 id. 316.) Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Edison Electric Illuminating Company of Brooklyn, Plaintiff, v. Horace E. Frick Company and Others, Appellants and Respondents.*— It is found that the moneys paid by the People's National Bank of Lebanon to the Horace E. Frick Company on the checks of that company were advanced

---

* See *ante,* p. 900.— [REP.